# CERTIFICATE OF SERVICE

I, Amy D. Brown, Esq., certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made February 9, 2022 by:

[X] **Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:**

| LIFE INSURANCE COMPANY OF NORTH AMERICA ATTN: OFFICER, DIRECTOR, AUTHORIZED AGENT PO BOX 782447 PHILADELPHIA, PA 19178-2447 | LIFE INSURANCE COMPANY OF NORTH AMERICA ATTN: OFFICER, DIRECTOR, AUTHORIZED AGENT 1600 ARCH STREET PHILADELPHIA PA 19103 |
|---|---|

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly] (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: February 9, 2022

                                                */s/ Amy D. Brown*
Michael Busenkell (DE 3933)
Amy D. Brown (DE 4077)
Gellert Scali Busenkell & Brown, LLC
1201 N. Orange St., Suite 300
Wilmington, DE 19801
Email: mbusenkell@gsbblaw.com
abrown@gsbblaw.com

*Attorneys for Plaintiff.*